IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARON R. BAIRD                         :
                                        :    CIVIL ACTION
        v.                              :
                                        :    NO. 17-4792
1600 CHURCH ROAD CONDOMINIUM            :
ASSOCIATION                             :

# O R D E R

**AND NOW**, this  17th  day of  November , 2017, upon consideration of Plaintiff Sharon R. Baird's request for injunctive relief, and all documents submitted in support thereof and in opposition thereto, and after an evidentiary hearing, it is **ORDERED** as follows:

A. Plaintiff's request for injunctive relief is **DENIED**;

B. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claim under the Dragonetti Act;

C. The case is **DISMISSED**. The Clerk of the Court is directed to mark this matter closed.

**IT IS SO ORDERED.**

                                        BY THE COURT:

                                        _____
                                        **R. BARCLAY SURRICK, J.**